IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DONALD WATKINS, JR.           :
                              :
                              :
                              :
                              :
V.                            :   C.A. NO. 02-4819
                              :
                              :
                              :
BOARD OF DIRECTORS OF CITY    :
TRUST, ET AL.                 :

WEINER, J.                                July 22, 2002

## ORDER

The motion of plaintiff to proceed in forma pauperis is GRANTED.

IT IS SO ORDERED.

_____
CHARLES R. WEINER