**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DONALD WATKINS, JR.,** | : | CIVIL ACTION |
| | : | |
| **Plaintiff,** | : | |
| | : | **No. 02-CV-4819** |
| **v.** | : | |
| | : | |
| **BOARD OF DIRECTORS OF** | : | |
| **CITY TRUSTS, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

_____

**CERTIFICATE OF SERVICE**
_____

The undersigned counsel for defendants certify that true and correct copies of the Motion to Dismiss, supporting Memorandum of Law and proposed Order were served upon plaintiff, Donald Watkins, Jr., 871 North 20th Street, Philadelphia, PA  19130, by depositing such copies in the United States Mail, Express Mail postage prepaid, on August 12, 2002.


**OF COUNSEL:**                               _____
Pelino & Lentz, P.C.                      Howard A. Rosenthal
One Liberty Place                         Kevin C. Rakowski
Thirty-Second Floor                        Attorneys for Defendants
1650 Market Street
Philadelphia, PA 19103-7393
(215)665-1540