IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DONALD WATKINS, JR.,** | : | CIVIL ACTION |
| | : | |
| **Plaintiff,** | : | |
| | : | No. 02-CV-4819 |
| v. | : | |
| | : | |
| **BOARD OF DIRECTORS OF CITY TRUSTS, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## O R D E R

AND NOW, this ____ day of _____, 2002, upon consideration of Defendants' Motion to Dismiss and Plaintiff's Response thereto, and the supporting Memoranda of Law, it is ORDERED that the Complaint is DISMISSED with PREJUDICE.

BY THE COURT:

_____
Honorable Charles R. Weiner