IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD WATKINS, JR. | : | |
| | : | |
| V. | : | C.A. NO. 02-4819 |
| | : | |
| BOARD OF DIRECTORS | : | |

WEINER, J.                                         August 12, 2002

## **ORDER**

The United States Marshal is APPOINTED to make service on all defendants.

Plaintiff shall complete one copy of Form USM 285 for each defendant listed on the summons and return the form(s) to the United States Marshal.

IT IS SO ORDERED.

_____
CHARLES R. WEINER