PRETRIAL REPORT AND ORDER
===

DATE PRETRIAL HELD: December 11, 2002        NO. 02-4819

CASE CAPTION: WATKINS
              V
              BD OF DIRECTORS

1. TRIAL COUNSEL            FOR PLAINTIFF: PRO SE

                            FOR DEFENDANT: GARY FRY


2. STATUS OF CASE: PLAINTIFF DEMANDS $42,000, DEFENDANT OFFERED $1,500. TELEPHONE CONFERENCE MARCH 2003.


3. TRIAL DATE:

4. JURY/NONJURY:

5. PRETRIAL MEMORANDA AND POINTS FOR CHARGE OR PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW:

   PLAINTIFF    :
   DEFENDANT(S):

NOTE: ALL DOCUMENTS, PHOTOS, ETC. ARE TO BE MARKED BEFORE TRIAL AND A COPY GIVEN TO OPPONENT(S), OR OPPONENT(S) BE ALLOWED TO COPY THEM.

POINTS FOR CHARGE ARE TO BE SUBMITTED IN DUPLICATE - EACH POINT ON A SEPARATE PAGE.

Copy forwarded to counsel listed above.

                                    SO ORDERED:


                                    _____
                                    CHARLES R. WEINER