```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| DONALD WATKINS, JR., | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | No. 02-CV-4819 |
| v. | : | |
| | : | |
| BOARD OF DIRECTORS OF | : | |
| CITY TRUSTS, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

**STIPULATION OF DISMISSAL.**

TO THE CLERK:

The parties, having reached a settlement of this litigation, stipulate to the dismissal of this action, which shall be marked accordingly.

_____     Donald Watkins, Jr., Pro Se
871 North 20th Street
Philadelphia, PA 19130
(215) 765-4837


**Of Counsel:**                      Howard A. Rosenthal
Pelino & Lentz, P.C.                 Kevin C. Rawkowski
One Liberty Place                      Attorneys for Defendants
Thirty-Second Floor
1650 Market Street
Philadelphia, PA 19103-7393
(215)665-1540