IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD WATKINS, JR., | : | CIVIL ACTION |
| Plaintiff, | : | No. 02-CV-4819 |
| v. | : | |
| BOARD OF DIRECTORS OF CITY TRUSTS, et al., | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

The undersigned counsel for defendants certify that a true and correct copy of the Stipulation of Dismissal was served upon plaintiff by first class mail, postage prepaid on December 24, 2002 and addressed as follows:

Donald Watkins, Jr.
871 North 20th Street
Philadelphia, PA 19130

**OF COUNSEL:**
Pelino & Lentz, P.C.
One Liberty Place
Thirty-Second Floor
1650 Market Street
Philadelphia, PA 19103-7393
(215) 665-1540

Howard A. Rosenthal
Kevin C. Rakowski
   Attorneys for Defendants